**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO ALEXANDER MARTINEZ RAMOS,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-02109-AB-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus prohibiting Respondents from re-detaining Petitioner unless he is provided proper due process necessary for the revocation of an Order of Supervision ("OSUP") by providing him adequate notice and a pre-deprivation hearing.

DATED: August 20, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge