JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANCISCO ALEXANDER MARTINEZ RAMOS,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No. 5:26-cv-02109-AB-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the June 30, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. No. 13.)

DATED: August 20, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge